# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| FRED EDDIE "SAM" COOPER, | : | |
| Plaintiff, | : | |
| vs. | : | CA 17-00113-C |
| A.R. BUSBY, in his individual capacity, | : | |
| Defendant. | : | |

## ORDER

This matter is before the undersigned on Defendant A.R. Busby's Partial Motion to Dismiss of Defendant Deputy Sheriff Arthur Ray Busby, (Doc. 6), filed on April 24, 2017. Plaintiff's response in opposition is **ORDERED** to be filed not later than **May 17, 2017**, and Defendants are **ORDERED** to file their reply not later than **May 24, 2017**. Briefing with respect to the motion to dismiss will then be **CLOSED**. This matter will come on for oral argument on **June 1, 2017**, at **10:00 a.m.** in Courtroom 3A, United States Courthouse, Mobile, Alabama. The undersigned will take the matter under submission following oral argument.

**DONE** and **ORDERED** this the 25th day of April 2017.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**